STATE v. DUNCAN

No. 393P85.

Case below: 75 N.C. App. 38.

Petition by defendants for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. HIGSON

No. 334P85.

Case below: 74 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. JOHNSON

No. 374P85.

Case below: 75 N.C. App. 363.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. JONES

No. 426P85.

Case below: 75 N.C. App. 615.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. JORDAN

No. 425P85.

Case below: 75 N.C. App. 637.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.